**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

MILAN PUSKAR HEALTH RIGHT,
LAWSON KOEPPEL, ALINA LEMIRE,
and CARRIE WARE,

                              *Plaintiffs*,

       v.

BILL J. CROUCH, in his official capacity as
Cabinet Secretary of the West Virginia
Department of Health and Human Resources,
JOLYNN MARRA, in her official capacity as
Interim Inspector General and Director of the
Office of Health Facility Licensure and
Certification, and STEVE HARRISON, in his
official capacity as Clerk of the House of
Delegates and Keeper of the Rolls,

                              *Defendants*.

Civil Action No. 3:21-cv-00370

Hon. Robert C. Chambers, District Judge

## PLAINTIFFS' PROOF OF SERVICE OF TEMPORARY RESTRAINING ORDER ON THE OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL

On June 28, 2021, pursuant to this Court's directive in the Temporary Restraining Order

(Dkt. 11) issued on that same day, undersigned counsel sent via email to the Office of the West

Virginia Attorney General a copy of the Order.

The Order was e-mailed by undersigned to:

Patrick Morrisey, Esq.
West Virginia Attorney General
Patrick.J.Morrisey@wvago.gov;
choffman@wvago.gov

Doug Buffington, Esq.
Chief Deputy Attorney General
Doug.P.Buffington@wvago.gov

/s/    Loree Stark_____
West Virginia Bar No. 12936