IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

MILAN PUSKAR HEALTH RIGHT,
LAWSON KOEPPEL, ALINA LEMIRE,
and CARRIE WARE,

       *Plaintiffs*,

  v.

BILL J. CROUCH, *et. al*,

       *Defendants*.

Civil Action No. 3:21-cv-00370

Hon. Robert C. Chambers, District Judge

**DECLARATION OF LAURA JONES**

I, Laura Jones, pursuant to 28 U.S.C. Section 1746, declare as follows:

1.  I make this declaration of my own personal knowledge, and, if called as a witness, I

could and would testify competently to the matters stated herein.

2.  I received the below email apprising me that comments on a draft rule would be accepted

  until the day before Senate Bill 334 is set to go into effect.

On Tue, Jun 1, 2021 at 10:16 AM Whitmore, Jessica Y <jessica.y.whitmore@wv.gov> wrote:

All:

As a result of the passage of SB334 during the 2021 Legislative Session, we have drafted the enclosed rule related to syringe services programs.  While there will be a public comment period when this rule is filed with the Secretary of State's office, we wanted to get initial comments prior to filing.  When providing comments, please provide alternatives if there is a section that you would like to replace.  This makes it easier for us to make necessary substantive changes to make it a better rule.  Please note we are constrained by the requirements in SB334, which is also attached.

Please provide comments by **close of business Tuesday, July 8, 2021**.  I realize this is a short turnaround time but we would like to have time to make updates based on comments received.

Jessica Y. Whitmore, Esq.
General Counsel
**Office of the Inspector General**
WV Department of Health & Human Resources
State Capitol Complex
Building 6, Room 817-B
Charleston, WV  25305
Phone: (304) 352-0798
Cell: (681) 319-7311

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2021

/s/ Laura Jones
Laura Jones