# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

Date: 7/8/2021              Case Number  3:21-cv-00370

Case Style            Milan Puskar Health Right vs. Crouch

Type of hearing       Preliminary Injunction Hearing

Before the Honorable: 2514-Chambers

Court Reporter        Kathy Swinhart                Courtroom Deputy  Terry Justice

Attorney(s) for the Plaintiff or Government

Loree Stark

Attorney(s) for the Defendant(s)

Michael Carey, David Pogue

Law Clerk            Katie Rice

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 1:00 PM | 3:53 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 02:53

## Courtroom Notes

Hearing scheduled to commence: 1:00 p.m.
Hearing commenced: 1:00 p.m.

Preliminary Injunction hearing.
Plaintiffs' 1st witness, Laura Jones, sworn & examined.
Defendant's 1st witness, Jolynn Marra, sworn & examined.

Argument.

Matter taken under advisement.
Injunction continued.

Adjourn: 3:53 p.m.