IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MILAN PUSKAR HEALTH RIGHT,
LAWSON KOEPPEL, ALINA LEMIRE,
and CARRIE WARE,

        Plaintiffs,

v.                                                                                              Civil Action Number: 3:21-cv-00370
                                                                                           Honorable Robert C. Chambers

BILL J. CROUCH, in his official capacity as
Cabinet Secretary of the West Virginia
Department of Health and Human Resources,
JOLYNN MARRA, in her official capacity as
Interim Inspector General and Director of the
Office of Health Facility Licensure and Certification,
STEVE HARRISON, in his official capacity as
Clerk of the House of Delegates and Keeper of the Rolls,
and RICH OLSEN, in his official capacity as Director
of the Division of Legislative Services,

        Defendants.

## **STIPULATION**

        Pursuant to Local Rule of Civil Procedure 12.1, the parties, by and through the undersigned counsel, hereby stipulate that all of the named defendants shall have until July 23, 2021, to answer or otherwise respond to Plaintiffs' amended complaint.

        Dated this 14th day of July, 2021.

Respectfully submitted,

  /s/ David R. Pogue
Michael W. Carey (WVSB No. 635)
David R. Pogue (WVSB No. 10806)
CAREY DOUGLAS KESSLER & RUBY, PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
drpogue@cdkrlaw.com
*Special Assistant Attorneys General and counsel for Defendants*


  /s/ Loree Stark
Loree Stark (WVSB No. 12936)
ACLU of West Virginia Foundation
P.O. Box 3952
Charleston, WV 25339-3952
(914) 393-4614
lstark@acluwv.org
*Counsel for Plaintiffs*