IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MILAN PUSKAR HEALTH RIGHT,
LAWSON KOEPPEL,
ALINA LEMIRE, and
CARRIE WARE,

                Plaintiffs,

v.                                               CIVIL ACTION NO. 3:21-0370

BILL J. CROUCH, in his official capacity as
Cabinet Secretary of the West Virginia
Department of Health and Human Resources,
JOLYNN MARRA, in her official capacity as
Interim Inspector General and Director of the
Office of Health Facility Licensure and Certification,
STEVE HARRISON, in his official capacity as Clerk
of the House of Delegates and Keeper of the Rolls, and
RICH OLSEN, in his official capacity as Director of
the Division of Legislative Services,

                Defendants.

**ORDER**

Pending before the Court is Defendant Rich Olsen's Motion to Dismiss. ECF No. 35. Plaintiffs do not object to this Motion and agree to dismiss him from the action. ECF No. 37. Therefore, the Court **DISMISSES** the Amended Verified Complaint as to Defendant Rich Olsen.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                    ENTER:     November 15, 2021

                                    ROBERT C. CHAMBERS
                                    UNITED STATES DISTRICT JUDGE